Certificate Number: 03088-PAW-DE-040480907

Bankruptcy Case Number: 25-23468



03088-PAW-DE-040480907

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2026, at 8:20 o'clock AM CST, Kacie Marin Emanuel completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 7, 2026            By:   /s/Susan D Gann

                                   Name:  Susan D Gann

                                   Title: Counselor